**Order entered October 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01404-CV

### IN RE RONALD NEWTON, Relator

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-11818**

## ORDER

Based on the Court's opinion of today's date, we **DISMISS** relator's petition for writ of

mandamus in part and **DENY** it in part. We **ORDER** that relator bear the costs of this original

proceeding.

/s/      ELIZABETH LANG-MIERS
            JUSTICE